UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA BALBOA,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SHASTA ORTHEPAEDICS & SPORTS MEDICINE, and TCS ACCOUNTS RECEIVABLE SOLUTIONS<br>　　　　　　　　　Defendants. | Case No. 2:25-CV-01251-DJC-SCR<br><br>**ORDER FOR STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS TCS ACCOUNTS RECEIVABLE SOLUTIONS AND SHASTA ORTHOPAEDICS & SPORTS MEDICINE** |

Upon review of Stipulation of Dismissal with Prejudice as to Defendants TCS Accounts Receivable Solutions and Shasta Orthopaedics & Sports Medicine and good cause appearing

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice against TCS Accounts Receivable Solutions and Shasta Orthopaedics & Sports Medicine.

**IT IS ORDERED.**

Dated:  September 11, 2025     /s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE